IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARVIN KNIGHT,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5730

Opinion filed August 10, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Marvin Knight, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of habeas corpus is dismissed as unauthorized. See

Baker v. State, 878 So. 2d 1236 (Fla. 2004).

LEWIS, WETHERELL, and WINSOR, JJ., CONCUR.